**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Nathaniel Pate,                                                     Case No. 1:13CV1560

       Petitioner,

       v.                                                         **JUDGMENT**

Kimberly Klipper,

       Respondent.

For the reasons stated in the Order filed March 3, 2015, it is hereby:

ORDERED THAT:

1. The Report and Recommendation of the Magistrate Judge be, and the same hereby is adopted as the order of this court; the Clerk shall enter a dismissal accordingly; and

2. An appeal from this order could not be taken in good faith, and reasonable jurists could not reasonably disagree with this order; accordingly, no certificate of appeal shall issue, and no appeal shall be taken without prepayment of the requisite filing fee.

So ordered.

                                                         /s/ James G.Carr
                                                         Sr. U.S. District Judge